**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

**NORTHLAND INSURANCE COMPANY
LLOYD'S LONDON
S&T TRUCKING COMPANY, INC. (INSURED)**                                            **PLAINTIFF**

            v.           Civil No. 08-2075

**KANSAS CITY SOUTHERN RAILWAY
COMPANY (KCSR)**                                                                                              **DEFENDANT**

## J U D G M E N T

Now on this 14th day of May, 2009, for reasons set forth in a Memorandum Opinion of even date herewith, the Court enters judgment as follows:

**IT IS HEREBY ORDERED** that plaintiffs take nothing on their claims against Kansas City Southern Railway Company, and that such claims be **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that Kansas City Southern Railway Company is awarded judgment as against S&T Trucking Company, Inc., in the sum of Thirty-Three Thousand, Four Hundred Ninety-One and 46/100 Dollars ($33,491.46), plus interest at the rate of .53% per annum from the date of this Judgment, for all of which execution may issue.

**IT IS SO ORDERED.**

                                            /s/ Jimm Larry Hendren
                                           **JIMM LARRY HENDREN
                                           UNITED STATES DISTRICT JUDGE**